No. 89–7120. WILLARD *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 3d Cir. Certiorari before judgment denied.

No. 89–527. CALLAHAN, SUPERINTENDENT, MCNEIL ISLAND CORRECTION FACILITY *v.* ROBTOY; and DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY *v.* NORMAN, 494 U. S. 1061;

No. 89–6518. LINDSEY *v.* LOUISIANA, 494 U. S. 1074; and

No. 89–6636. SHERRILLS *v.* PERINI, 494 U. S. 1068. Petitions for rehearing denied.